# United States District Court

WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TYRA LEE

## WARRANT FOR ARREST

CASE NUMBER: 07-M- 2020

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TYRA LEE__
Name
and bring her forthwith to the nearest magistrate judge to answer a Complaint charging her with wire fraud, in violation of Title 18, , United States Code, Section 1343.

HON. HUGH B. SCOTT
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_____ 2:18 pm
Signature of Issuing Officer

January 17, 2007, Buffalo, NY
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |